AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

JAMES WILLIAMS,

                Plaintiff,

                v.

CUS BELANGER, C/O THOMAS, C/O ANGOTI,
SGT WALKER, SGT ERICKSON and SGT MOLTON,

                Defendants.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-11-294-RMP

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: Plaintiff's complaint is DISMISSED without prejudice for failure to prosecute.

January 9, 2012
*Date*

JAMES R. LARSEN
*Clerk*
s/ Sheila Parpolia
*(By) Deputy Clerk*
Sheila Parpolia